

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **19MJ4208**

The person charged as Joshua ORNELAS now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of North Dakota with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 United States Code Sections 841(a)(1) and 846, and Title 18 United States Code, Section 2; Distribution of Methamphetamine (5 grams or more – actual), in violation of Title 21 United States Code 841(a)(1) and 841(b)(1)(B), and Title 18 United States Code, Section 2; Distribution of Fentanyl, in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; Distribution of Methamphetamine, in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; Distribution of Fentanyl, in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; Distribution of Methamphetamine (50 grams or more – mixture), in violation of Title 21 United States Code 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2; Distribution of Fentanyl, in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; Possession with Intent to Distribute Methamphetamine (50 grams or more – mixture), in violation of Title 21 United States Code 841(a)(1) and 841(b)(1)(B), and Title 18, United

States Code, Section 2; Possession with Intent to Distribute Ecstasy, in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; Possession with Intent to Distribute Cocaine; in violation of Title 21, United States Code(s) 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2; and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED:  September 27, 2019

Andrew M Flood
(Name)
Special Agent, Homeland Security Investigations

Reviewed and Approved:

Dated: 4/27/19

Michael A. Deshong
Assistant United States Attorney

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America
      v.
    Joshua Ornelas, a/k/a Jose )
                             )  Case No.   1:19-cr-160-01

               *Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Joshua Ornelas, a/k/a Jose

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Distribution of Methamphetamine (5 grams or more- actual); Distribution of Fentanyl (3
counts); Distribution of Methamphetamine; Distribution of Methamphetamine (50 grams or
more-mixture); Possession with Intent to Distribute Methamphetamine (50 grams or
more-mixture); Possession with Intent to Distribute Ecstasy; Possession with Intent to
Distribute Cocaine; Conspiracy to Commit Money Laundering; Aiding and Abetting (10 counts)

Date:  09/05/2019

City and state:   Bismarck, ND

*/s/ Anja Miller*
                         *Issuing officer's signature*

Anja Miller, Deputy Clerk
                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                _____ *Arresting officer's signature* |
|             _____ *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOSHUA ORNELAS, a/k/a JOSE;<br>JOSE ULISES ORNELAS;<br>FRANCISCO DeJESUS-MAGANA;<br>JAIME SERRANO, a/k/a "JIMMY;"<br>DEJAY ALAN BENSON;<br>MONTE CRAIG PACKINEAU;<br>WESLEY DONOVAN MEYERS;<br>ANSEL WHITE EAGLE, JR.;<br>CLARK GABRIEL BAKKEGARD;<br>TRAVIS LEE STEELE;<br>SALLY LEE STEELE;<br>JOANNA ELSIE SMITH, a/k/a JO | Violation: 18 U.S.C. §§ 2 and 1956(h);<br>and, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A),<br>841(b)(1)(B), 841(b)(1)(C), and 846 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances**

The Grand Jury Charges:

From in or about 2018 and continuing until the date of this Indictment,

JOSHUA ORNELAS, a/k/a JOSE;
JOSE ULISES ORNELAS;
FRANCISCO DeJESUS-MAGANA;
JAIME SERRANO, a/k/a "JIMMY;"
DEJAY ALAN BENSON;
MONTE CRAIG PACKINEAU;
WESLEY DONOVAN MEYERS;
ANSEL WHITE EAGLE, JR.;
CLARK GABRIEL BAKKEGARD;
TRAVIS LEE STEELE;
SALLY LEE STEELE; and
JOANNA ELSIE SMITH, a/k/a JO,

knowingly and intentionally combined, conspired, confederated, and agreed together and

with others, both known and unknown to the grand jury, to distribute and possess with

intent to distribute: (i) a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and, (iii) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>Drug Quantity</u>

With respect to JOSHUA ORNELAS, a/k/a JOSE; JOSE ULISES ORNELAS; JAIME SERRANO, a/k/a "JIMMY;" DEJAY ALAN BENSON; WESLEY DONOVAN MEYERS; ANSEL WHITE EAGLE, JR.; and CLARK GABRIEL BAKKEGARD, the amount of methamphetamine involved in the conspiracy attributable to each of these individuals as a result of that individual's own conduct, and the conduct of other conspirators reasonably foreseeable to that individual, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to FRANCISCO DeJESUS-MAGANA; and, MONTE CRAIG PACKINEAU, the amount of methamphetamine involved in the conspiracy attributable to each of these individuals as a result of that individual's own conduct, and the conduct of other conspirators reasonably foreseeable to that individual, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that conspirators would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

2. It was further a part of said conspiracy that conspirators would and did distribute and possess with intent to distribute pills that were a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

3. It was further a part of said conspiracy that conspirators would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance

4. It was further a part of said conspiracy that conspirators would and did attempt to conceal their activities;

5. It was further a part of said conspiracy that conspirators would and did use United States currency in their drug transactions;

6. It was further a part of said conspiracy that one or more conspirators utilized money wire services, such as Western Union, MoneyGram, and Walmart, to facilitate the collection of proceeds of drug distribution activity;

7. It was further a part of said conspiracy that conspirators would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine, fentanyl, heroin, and other controlled substances;

8. It was further a part of said conspiracy that one or more conspirators traveled between the states of Nevada and North Dakota, and elsewhere, by airplane, automobile, and otherwise, to obtain, transport, and distribute methamphetamine, fentanyl, heroin, and other controlled substances;

9. It was further a part of said conspiracy that one or more conspirators utilized motor vehicles to store, conceal, and transport methamphetamine, fentanyl, heroin, and other controlled substances;

10. It was further a part of said conspiracy that one or more conspirators utilized residences in and about Minot, North Dakota, and elsewhere, from which to store, possess, and distribute methamphetamine, fentanyl, heroin, and other controlled substances;

11. It was further a part of said conspiracy that one or more conspirators utilized social media applications and websites, such as FaceBook Messenger, to facilitate drug trafficking activity and the collection of drug proceeds; and,

12. It was further a part of said conspiracy that one or more conspirators utilized threat and intimidation when demanding payment of debts from sub-distributors based on prior provision of controlled substances;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Methamphetamine**
**(50 grams or more – mixture)**

The Grand Jury Further Charges:

On or about March 4, 2019, in the District of North Dakota,

WESLEY DONOVAN MEYERS,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute 50 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

## COUNT THREE

**Possession with Intent to Distribute Fentanyl**

The Grand Jury Further Charges:

On or about March 4, 2019, in the District of North Dakota,

WESLEY DONOVAN MEYERS,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 150 pills that were a mixture and substance containing

a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

COUNT FOUR

**Distribution of Methamphetamine
(5 grams or more – actual)**

The Grand Jury Further Charges:

On or about March 7, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE,

individually, and by aiding and abetting, knowingly and intentionally distributed 5 grams

or more of methamphetamine (actual), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

## COUNT FIVE

### Distribution of Fentanyl

The Grand Jury Further Charges:

On or about March 7, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately 10 pills that were a mixture and substance containing a detectable amount

of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a

Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT SIX

### Distribution of Methamphetamine

The Grand Jury Further Charges:

On or about April 18, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE,

individually, and by aiding and abetting, knowingly and intentionally distributed a

mixture and substance containing a detectable amount of methamphetamine, a Schedule

II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

<u>COUNT SEVEN</u>

**Distribution of Fentanyl**

The Grand Jury Further Charges:

On or about April 18, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately 10 pills that were a mixture and substance containing a detectable amount

of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a

Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT EIGHT

**Distribution of Methamphetamine
(50 grams or more – mixture)**

The Grand Jury Further Charges:

On or about May 9, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE and
DEJAY ALAN BENSON,

individually, and by aiding and abetting, knowingly and intentionally distributed 50

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

## COUNT NINE

### Distribution of Fentanyl

The Grand Jury Further Charges:

On or about May 9, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE and
DEJAY ALAN BENSON,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately 34 pills that were a mixture and substance containing a detectable amount

of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a

Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT TEN

**Possession with Intent to Distribute Methamphetamine**
**(50 grams or more – mixture)**

The Grand Jury Further Charges:

On or about June 11, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE and
FRANCISCO DeJESUS-MAGANA,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute 50 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

## COUNT ELEVEN

### Possession with Intent to Distribute Ecstasy

The Grand Jury Further Charges:

On or about June 11, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE and
FRANCISCO DeJESUS-MAGANA,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 58 tablets that were a mixture and substance containing

a detectable amount of MDMA (a/k/a ecstasy), a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

<u>COUNT TWELVE</u>

**Possession with Intent to Distribute Cocaine**

The Grand Jury Further Charges:

On or about June 11, 2019, in the District of North Dakota,

JOSHUA ORNELAS, a/k/a JOSE and
FRANCISCO DeJESUS-MAGANA,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute a mixture and substance containing a detectable amount of cocaine, a

Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

### Possession with Intent to Distribute Fentanyl

The Grand Jury Further Charges:

Beginning sometime in or about July 2019, and continuing until in or about

August 9, 2019, in the District of North Dakota,

JOSE ULISES ORNELAS and
DEJAY ALAN BENSON,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 291 pills that were a mixture and substance containing

a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

**Possession with Intent to Distribute Methamphetamine**
**(500 grams or more – mixture)**

The Grand Jury Further Charges:

From in or about July 2019, and continuing until in or about August 9, 2019, in the

District of North Dakota,

JOSE ULISES ORNELAS and
DEJAY ALAN BENSON,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute 500 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),

and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

### Possession with Intent to Distribute Heroin

The Grand Jury Further Charges:

From in or about July 2019, and continuing until in or about August 9, 2019, in the

District of North Dakota,

JOSE ULISES ORNELAS and
DEJAY ALAN BENSON,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute a mixture and substance containing a detectable amount of heroin, a

Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

**Possession with Intent to Distribute Methamphetamine**

The Grand Jury Further Charges:

On or about August 9, 2019, in the District of North Dakota,

MONTE CRAIG PACKINEAU,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute approximately 18 grams of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

### Possession with Intent to Distribute Methamphetamine

The Grand Jury Further Charges:

On or about August 13, 2019, in the District of North Dakota,

WESLEY DONOVAN MEYERS,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute approximately 24 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

### Distribution of Methamphetamine
### (50 grams or more – mixture)

The Grand Jury Further Charges:

In or about April and May, 2019, in the District of North Dakota,

JAIME SERRANO, a/k/a "JIMMY,"

individually, and by aiding and abetting, knowingly and intentionally distributed 50

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

Case 1:19-cr-00160-DLH *SEALED*   Document 4   Filed 09/04/19   Page 22 of 23

## COUNT NINETEEN

### Conspiracy to Commit Money Laundering

The Grand Jury Further Charges:

From in or about January 2019 through the date of this Indictment, in the District of North Dakota, and elsewhere,

JOSHUA ORNELAS, a/k/a JOSE and
JOSE ULISES ORNELAS,

did knowingly combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956(h), to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, knowingly and intentionally distributing controlled substances: (a) with intent to promote the carrying on of the specified unlawful activity; and (b) knowing that the transaction is designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i);

### MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1.      Defendants and their co-conspirators acquired controlled substances, including methamphetamine, fentanyl, cocaine, and heroin, outside of the District of North Dakota for distribution. The methamphetamine, fentanyl, cocaine, and heroin was

thereafter transported, sent, shipped, transmitted to, and distributed in, the District of North Dakota, and elsewhere, during the time frame of the conspiracy;

    2.    Members of the controlled substance distribution conspiracy organization would sell methamphetamine, fentanyl, cocaine, and heroin, and currency would be collected and transferred from one person to another to continue the ongoing illegal activity; and

    3.    During the course of this conspiracy, persons known and unknown to the Grand Jury utilized money transfer services, such as Western Union, MoneyGram, and Walmart, to wire, send, and transfer proceeds of the illegal drug sales from North Dakota to Nevada, California, and elsewhere, with intent to disguise and conceal the nature, the location, the source, the ownership, and the control of the proceeds of the drug trafficking activity, and to promote and continue the distribution activity;

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

RLV:tmg